United States District Court
Southern District of Texas
**ENTERED**
July 18, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MANUEL A VEGA, *et al*, | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-297 |
| FRUTCAMPO, LLC, *et al*, | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

On July 16, 2018, the parties filed a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (Dkt. No. 14). As the requirements of Rule 41(a)(1)(A)( ii) have been met, the Court hereby **ORDERS** that all of Plaintiffs' claims be **DISMISSED** with prejudice. *See* FED. R. CIV. P. 41. It is further ORDERED that each party shall bear its own costs.

SO ORDERED this 18th day of July, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge